|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | **UNITED STATES DISTRICT COURT** |
| 9 | **CENTRAL DISTRICT OF CALIFORNIA** |
| 10 | |
| 11 | CHARLES K. SCOTT, JR. (a.k.a)   ) NO. ED CV 23-0087-WLH(E) |
|    | PARNELL K. CURTIS,             ) |
| 12 |                                 ) |
|    |            Petitioner,         ) ORDER ACCEPTING FINDINGS, |
| 13 |       v.                       ) |
|    |                                 ) CONCLUSIONS AND RECOMMENDATIONS |
| 14 | THE PEOPLE OF THE STATE OF     ) |
|    | CALIFORNIA,                    ) OF UNITED STATES MAGISTRATE JUDGE |
| 15 |                                 ) |
|    |            Respondent.         ) |
| 16 | _____) |
| 17 | |
| 18 | Pursuant to 28 U.S.C. section 636, the Court has reviewed the |
| 19 | Petition, all of the records herein and the attached Report and |
| 20 | Recommendation of United States Magistrate Judge.  Further, the Court |
| 21 | has engaged in a de novo review of those portions of the Report and |
| 22 | Recommendation to which any objections have been made. |
| 23 | Specifically, the factual assertions that form the basis of |
| 24 | Petitioner's objections to the Report and Recommendation are both |
| 25 | incorrect based upon the record and irrelevant to the ultimate legal |
| 26 | conclusions to be drawn from the 1991 convictions.  (Petitioner's |
| 27 | Objections, Docket No. 34).  First, as to Petitioner's claims that he |
| 28 | only pled to one count in 1991, the record plainly demonstrates that |

he pled to two and was sentenced in two cases on the same day. (Petition, Docket No. 1, Exh. J at 11). Second, as to Petitioner's claim that he provided the factual basis recited in the Report and Recommendation only for sentencing purposes, that too is belied by the transcript of the proceeding. (Id.) Third, as the Report and Recommendation makes clear, regardless if Petitioner's claims were true or not, Petitioner has no basis upon which to challenge the 1991 conviction now because he has completed his sentence. (Report and Recommendation at 9-13). Thus, Petitioner's objections have no merit and are overruled.

Therefore, the Court accepts and adopts the factual recitations and legal conclusions of the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered denying and dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 13, 2023.

_____
WESLEY L. HSU
UNITED STATES DISTRICT JUDGE