JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES K. SCOTT, JR. (a.k.a) PARNELL K. CURTIS,<br><br>        Petitioner,<br><br>  v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | NO. ED CV 23-0087-WLH(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 13, 2023.

                                               WESLEY L. HSU
                                      UNITED STATES DISTRICT JUDGE